UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**ROBERT FLANDERS**                                                                                           **PLAINTIFF**

v.                                                                            CIVIL ACTION NO. 4:19-CV-P3-JHM

**CORRECT CARE SOLUTIONS, LLC, et al.**                                              **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiff's federal-law claims are **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted within the meaning of 28 U.S.C. § 1915A(b)(1).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED** without prejudice.

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion.  *See* 28 U.S.C. § 1915(a)(3).

Date:  April 15, 2019

*[signature: Joseph H. McKinley]*

Joseph H. McKinley Jr., District Judge
United States District Court

cc:   Plaintiff, *pro se*
      Defendants
4414.009